# UNITED STATES DISTRICT COURT

## Western District of Missouri

### JUDGMENT IN A CIVIL CASE

CHRISTINE COMAS, et al.

    *v.*

KEITH SCHAEFER, in his Official
Capacity as Director of Missouri
Department of Mental Health, et al.

Case Number: 10-4085-CV-C-MJW

_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs initial motion for attorney fees (doc. 128) is GRANTED, in part, and DENIED, in part. Plaintiffs are awarded attorney fees on their initial claim in the reduced amount of $565,656.75; Plaintiffs supplemental motion for attorney fees (doc. 138) is also GRANTED, in part, and DENIED, in part. Plaintiffs are awarded additional attorney fees on their supplemental claim in the reduced amount of $40, 215; Plaintiffs supplemental bill of costs (doc. 139) is GRANTED. Plaintiffs are awarded additional costs in the amount of $1,657.04.

ENTERED ON: October 29, 2012

ANN THOMPSON, Court Executive

*J. Price*

(By) Deputy Clerk